```
ADAM L. BRAVERMAN
United States Attorney
BRUCE C. SMITH
Assistant U.S. Attorney
California State Bar No.078225
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone:(619)546-8266
E-mail: bruce.smith@usdoj.gov

Attorneys for Plaintiff
United States of America
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. '18CV0165 LAB KSC |
| Plaintiff, | COMPLAINT FOR FORFEITURE |
| v. | |
| $17,500.00 IN U.S. CURRENCY, | |
| Defendant. | |

By way of complaint against the defendant, $17,500.00 IN U.S. CURRENCY ("$17,500 in currency"), plaintiff, the UNITED STATES OF AMERICA alleges:

1. This Court has jurisdiction over this action by virtue of the provisions of Title 28, United States Code, Section 1355(a), and Title 31, United States Code, Section 5317(c), because the defendant $17,500 in currency constitutes property involved in a conspiracy to fail to report the importation into the United States of U.S. currency and monetary instruments valued at more than $10,000.00 by persons with the intent to evade the currency reporting requirements of Title 31, United States Code, Section 5316, in violation of

USAO:2014V00300:BCS:bfs

Title 18, United States Code, Section 371, and Title 31, United States Code, Sections 5324(c) and (d).

2. Alternatively, this Court has jurisdiction over this action by virtue of the provisions of Title 28, United States Code, Section 1355(a), and Title 31, United States Code, Section 5317(c), because the defendant $17,500 in currency constitutes property involved in a conspiracy to structure or attempted structuring of the importation of monetary instruments for the purpose of evading the reporting requirements of Title 31, United States Code, Section 5316(a)(1), in violation of Title 18, United States Code, Section 371, and Title 31, United States Code, Sections 5324(c) and (d).

3. Venue is proper in this district pursuant to Title 28, United States Code, Section 1395 because the defendant $17,500 in currency was found in this district.

4. On September 24, 2017, in the Southern District of California, at the Cross Border Express Port of Entry ("POE"), Customs and Border Protection ("CBP") Officer Baltazar was on duty at the primary position, lane one, inspecting pedestrians as they applied for entry into the United States from Mexico.

5. At approximately 7:09 p.m., Sonia Alvarez Martinez ("Alvarez Martinez"), an adult female pedestrian traveler, approached CBP Officer Baltazar, and made application for admission into the United States from Mexico.

  A. Alvarez Martinez, a citizen of Mexico, presented to Officer Baltazar her DSP-150 border crossing card.

  B. Alvarez Martinez told Officer Baltazar she was in possession of $9,000.00 in U.S. currency.

  C. Alvarez Martinez told Officer Baltazar she was traveling to Los Angeles, California to go shopping.

  D. Officer Baltazar referred Alvarez Martinez to the nearby pedestrian secondary area for a more thorough inspection.

6. After referring Alvarez Martinez to secondary, Officer Baltazar greeted the next pedestrian traveler, Cesar Enrique Romero Morales ("Romero Morales"), an adult male.

  A. Romero Morales, a citizen of Mexico, presented to Officer Baltazar his I-551 United States Permanent Resident Card.

  B. Romero Morales told Officer Baltazar he was traveling with Alvarez Martinez.

  C. Romero Morales told Officer Baltazar the reason he did not approach the pedestrian primary booth with his traveling companion, Alvarez Martinez, is because Romero Morales did not want to arrive at that position carrying more than $10,000.00.

  D. Romero Morales told Officer Baltazar he was in possession of $9,500.00 in U.S. currency.

//
//

1       E. Romero Morales told Officer Baltazar he was traveling to La Puente, in the Central District of California.

      F. Officer Baltazar referred Romero Morales to the nearby pedestrian secondary area for a more thorough inspection.

7. In the pedestrian secondary area, Romero Morales told CBP Officer Baltazar the currency being transported by Romero Morales and traveling companion Alvarez Martinez belonged to Romero Morales.

      A. Romero Morales told Officer Baltazar he was traveling with $17,500.00 in U.S. currency.

      B. Romero Morales told Officer Baltazar he asked traveling companion Alvarez Martinez to carry some of his $17,500.00 so Romero Morales would not have to declare the $17,500.00 in U.S. currency.

8. Romero Morales and Alvarez Martinez were escorted to the secondary security office.

9. In the secondary security office, Romero Morales' suitcase was searched.

      A. Romero Morales' suitcase contained $9,500.00 in U.S. currency.

10. In the secondary security office, Alvarez Martinez' suitcase was searched.

      A. Alvarez Martinez' suitcase contained $8,000.00 in U.S. currency.

//
//

1   11. In the secondary security office, Romero Morales told the CBP officers the U.S. currency discovered the two suitcases belonged to him.

2   12. The currency discovered in the suitcases of Romero Morales and Alvarez Martinez was combined and counted.

   A. The currency discovered in the two suitcases was made up of 875 $20.00 bills.

   B. The grand total of the currency discovered in the two suitcases was $17,500.00 in U.S. currency, the defendant $17,500 in currency.

13. The defendant $17,500 in currency was seized for forfeiture to the United States.

### Count 1

14. Paragraphs 1 through 13 are hereby incorporated herein as if alleged in full.

15. The defendant $17,500.00 in U.S. currency constitutes property involved in a conspiracy to fail to report the importation into the United States of U.S. currency and monetary instruments valued at more than $10,000.00 by persons with the intent to evade the currency reporting requirements of Title 31, United States Code, Section 5316, in violation of Title 18, United States Code, Section 371, and Title 31, United States Code, Sections 5324(c) and (d).

16. As a result of the foregoing, the defendant $17,500.00 in U.S. currency is liable to condemnation and to forfeiture to the United States for its use in

accordance with Title 31, United States Code, Section 5317(c)(2).

## Count 2

17. Paragraphs 1 through 13 are hereby incorporated herein as if alleged in full.

18. The defendant $17,500.00 in U.S. currency constitutes property involved in a conspiracy to structure or attempted structuring of the importation of U.S. currency and monetary instruments valued at more than $10,000.00 for the purpose of evading the reporting requirements of Title 31, United States Code, Section 5316, in violation of Title 18, United States Code, Section 371, and Title 31, United States Code, Sections 5324(c) and (d).

19. As a result of the foregoing, the defendant $17,500.00 in U.S. currency is liable to condemnation and to forfeiture to the United States for its use in accordance with Title 31, United States Code, Section 5317(c)(2).

20. The defendant $17,500.00 in U.S. Currency is presently deposited within the jurisdiction of this Court.

//
//
//

WHEREFORE, the United States prays that due process issue to enforce the forfeiture of the defendant $17,500.00 in U.S. Currency and that due notice be given to all interested parties to appear and show cause why said forfeiture should not be declared.

DATED: January 24, 2018

ADAM L. BRAVERMAN
United States Attorney

s/Bruce C. Smith
BRUCE C. SMITH
Assistant U.S. Attorney

☙JS 44   (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
United States of America

## DEFENDANTS
$17,500.00 in U.S. Currency

**(b)** County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
AUSA Bruce C. Smith, Phone: (619) 546-8266
USAO, 880 Front Street, Room 6293, San Diego, CA 92101-8893

Attorneys (If Known)

**'18CV0165 LAB KSC**

## II. BASIS OF JURISDICTION   (Place an "X" in One Box Only)

☒ 1  U.S. Government Plaintiff
☐ 2  U.S. Government Defendant
☐ 3  Federal Question (U.S. Government Not a Party)
☐ 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT   (Place an "X" in One Box Only)

| CONTRACT | TORTS |  | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
|  | **PERSONAL INJURY** | **PERSONAL INJURY** |  |  |  |
| ☐ 110 Insurance | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument |  |  | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability |  | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☒ 690 Other |  | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability |  |  | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise |  |  | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** |  | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty |  | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | **IMMIGRATION** |  | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | ☐ 462 Naturalization Application |  |  |
|  | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | ☐ 463 Habeas Corpus - Alien Detainee |  | ☐ 950 Constitutionality of State Statutes |
|  |  |  | ☐ 465 Other Immigration Actions |  |  |

## V. ORIGIN   (Place an "X" in One Box Only)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (**Do not cite jurisdictional statutes unless diversity**):
28 U.S.C. Section 1355(a) and 31 U.S.C. Section 5317(c)
Brief description of cause:
Conspiracy to structure or attempted structuring of U.S. currency

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A **CLASS ACTION** UNDER F.R.C.P. 23

**DEMAND $**

CHECK YES only if demanded in complaint:
**JURY DEMAND:**   ☐ Yes   ☒ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):   JUDGE _____   DOCKET NUMBER _____

DATE: 01/24/2018

SIGNATURE OF ATTORNEY OF RECORD: s/ Bruce C. Smith

**FOR OFFICE USE ONLY**

RECEIPT #   AMOUNT   APPLYING IFP   JUDGE   MAG. JUDGE

## VERIFICATION

I, David Vazquez, state and declare as follows:

1. I am a Special Agent with U.S. Homeland Security Investigations, Asset Identification & Removal Group, and am familiar with this investigation.

2. I have read the foregoing complaint and know its contents.

3. The facts set forth in the Complaint For Forfeiture are based upon my own knowledge or were facts furnished to me by other United States federal, state, or local law enforcement personnel, civilian witnesses, or other official Government sources.

Based on this information, I believe the allegations in the complaint to be true.

I declare under penalty of perjury that the foregoing is true and correct, to the best of my knowledge and belief.

Executed on January 24, 2018

_____
DAVID VAZQUEZ, SPECIAL AGENT
U.S. HOMELAND SECURITY INVESTIGATIONS