```
ADAM L. BRAVERMAN
United States Attorney
BRUCE C. SMITH
Assistant U.S. Attorney
California State Bar No. 078225
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 546-8266
Email: bruce.smith@usdoj.gov

Attorneys for Plaintiff
United States of America
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>$17,500.00 IN U.S. CURRENCY,<br><br>　　　　　Defendant. | Case No. 18cv0165-LAB(KSC)<br><br>JOINT MOTION FOR SETTLEMENT re: DEFENDANT CURRENCY |

　　The UNITED STATES OF AMERICA, by and through its attorneys, Adam L. Braverman, United States Attorney, Bruce C. Smith, Assistant U.S. Attorney, claimant Cesar Romero Morales, and Attorney Eric Honig, counsel for claimant, stipulate as follows:

　　1.　The parties have entered into this joint motion and stipulation in order to resolve the matter of the seizure and forfeiture of the defendant $17,500.00 IN U.S. CURRENCY ("defendant $17,500 in currency").

　　2.　The parties have agreed to a settlement of this matter which is described as follows:

　　　　A.　$7,500.00 (seven thousand five hundred dollars) in U.S. currency of the defendant $17,500 in currency shall

1 | be returned to claimant Cesar Romero Morales through his
2 | attorney, Eric Honig.
3 |     B. The remainder of the defendant $17,500 in
4 | currency, consisting of $10,000.00 (ten thousand dollars) in
5 | U.S. currency, shall be condemned and forfeited to the
6 | United States.
7 |     C. Any costs incurred by the United States incident
8 | to the seizure, custody, and forfeiture of the defendant
9 | $17,500 in currency shall be borne by the United States.
10 |     D. Claimant Cesar Romero Morales agrees that by
11 | entering into this stipulation, he has not "substantially
12 | prevailed" within the meaning of Title 28, United States Code,
13 | Section 2465.
14 |     E. The person or persons who made the seizure or
15 | the prosecutor shall not be liable to suit or judgment on
16 | account of such seizure in accordance with Title 28,
17 | United States Code, Section 2465.
18 |     F. Claimant Cesar Romero Morales warrants and
19 | represents as a material fact that he is the sole owner of
20 | the defendant $17,500 in currency and further warrants that
21 | no other person or entity has any right, claim or interest in
22 | the defendant currency, and that he will defend and indemnify
23 | the United States against any and all claims made against it
24 | on account of the seizure and forfeiture of the defendant
25 | $17,500 in currency.
26 |     G. The terms of this settlement do not affect the
27 | tax obligations, fines, penalties, or any other monetary
28 | //

1 | obligations claimant Cesar Romero Morales may owe to the
2 | United States.
3 |     H. The parties to this settlement agree that each
4 | will bear their own attorney's fees and costs.
5 |     I. Claimant Cesar Romero Morales, his agents,
6 | employees, or assigns, shall hold and save harmless the
7 | United States of America, its agents and employees, from any
8 | and all claims which might result from the seizure of the
9 | defendant $17,500 in currency.
10 |     J. This Joint Motion For Settlement re: Defendant
11 | Currency constitutes the entire agreement between the parties
12 | regarding defendant $17,500 in currency. The parties intend
13 | this Joint Motion For Settlement re: Defendant Currency
14 | to be a complete and exclusive statement of their
15 | settlement agreement. This Joint Motion For Settlement re:
16 | Defendant Currency supersedes and replaces all prior
17 | negotiations and agreements, proposed or otherwise, whether
18 | written or oral, between the parties concerning the subject
19 | matters addressed herein. This settlement may not be
20 | amended, modified, or superseded except by a written
21 | agreement signed by all of the parties.

ADAM L. BRAVERMAN
United States Attorney

DATED: MARCH 1, 2018

BRUCE C. SMITH
Assistant U.S. Attorney

DATED: 3/1/18

ERIC HONIG
Attorney for Claimant
Cesar Romero Morales